

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Appellate case name: Allen Keith Alexander v. The State of Texas

Appellate case number: 01-18-00958-CR

Trial court case number: 1511204

Trial court: 337th District Court of Harris County

Appellant's court-appointed counsel, Melissa Martin, filed a motion to withdraw and appellate brief on April 18, 2019, concluding that the above-referenced appeal, as well as the related appellate cause number 01-18-00959-CR, is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On April 25, 2019, appellant, Allen Keith Alexander, in the above appellate cause number 01-18-00958-CR only, filed a pro se motion for access to the appellate record to prepare a response and also requests a 30-day extension of time to file his pro se *Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Accordingly, the Court **grants** appellant's pro se motion for access to the appellate record and **orders** the district clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records to the pro se appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Finally, the Court **grants** appellant's motion for an extension of time to file a pro se *Anders* response. Appellant's pro se response to his counsel's *Anders* brief shall be filed **within 45 days** of the date of this order.

It is so ORDERED.

Judge's signature: ____/s/ Justice Evelyn V. Keyes____
                     x Acting individually    ☐ Acting for the Court
Date: ____May 2, 2019____